# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

**SCOTT C. LEWIS,**

    **Plaintiff,**

**v.**   **CIVIL ACTION NO. 1:20-cv-00004-IMK**

**BUTLER & ASSOCIATES, P.A.,**

    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

As provided by Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Scott C. Lewis gives notice of the voluntary dismissal of this action. Plaintiff represents that Defendant Butler & Associates, P.A. has not served an answer or a motion for summary judgment.

        **SCOTT C. LEWIS**
        **By Counsel**

/s/ Jeffrey V. Mehalic
Jeffrey V. Mehalic (WV State Bar No. 2519)
Mehalic Law PLLC
364 Patteson Drive, No. 228
Morgantown, WV 26505-3202
(304) 346-3462
jeff@mehaliclaw.com
*Counsel for Plaintiff Scott C. Lewis*